# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ERIC MABRY** | ) |
| | ) |
| **v.** | ) CIVIL ACTION NO.    2:07-CV-8007-RDP-PWG |
| | ) CRIMINAL NO.    2:05-CR-398-RDP-PWG |
| **UNITED STATES OF AMERICA** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed his findings and recommendation on August 13, 2008, recommending that the motion to vacate be denied. Objections to the findings and recommendation were filed by Eric Mabry on September 3, 2008.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the objections filed by Eric Mabry, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, Eric Mabry's objections are due to be overruled and the motion to vacate is due to be denied. A Final Judgment will be entered.

**DONE** and **ORDERED** this     4th     day of September, 2008.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE