FILED

2010 Jul-13  AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ERIC MABRY** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.: 2:07-CV-8007-RDP-PWG** |
| | ) **CRIMINAL NO.:      2:05-CR-398-RDP-PWG** |
| **UNITED STATES OF AMERICA** | ) |

## MEMORANDUM OF OPINION

Following remand from the Eleventh Circuit the Magistrate Judge filed his  findings and recommendation on June 21, 2010, recommending that the motion to vacate be denied.  No objections have been filed to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the Magistrate Judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the motion to vacate is due to be denied.  A Final Judgment will be entered.

**DONE** and **ORDERED** this _____13th_____ day of July, 2010.

_____

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE